gr

RICHARD G. HILL, ESQ.
State Bar No. 596
SOPHIE A. KARADANIS, ESQ.
State Bar No. 12006
RICHARD G. HILL, LTD.
652 Forest Street
Reno, Nevada 89509
(775) 348-0888
Attorney for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CHRISTOPHER SEAN SAVOY, individually )
and derivatively on behalf of INTERNATIONAL )
COMMUNITY OF CHRIST, CHURCH OF THE )
SECOND ADVENT, a Nevada Non-Profit )
Corporation; )
                Plaintiff, )
)
v. )
)
DOUGLAS EUGENE SAVOY, JR., an individual; )
THE HEAD OVERSEER (BISHOP) OF THE )
INTERNATIONAL COMMUNITY OF CHRIST, )
CHURCH OF THE SECOND ADVENT, AND )
HIS SUCCESSORS, A CORPORATION SOLE, )
a Nevada Corporation Sole; INTERNATIONAL )
COMMUNITY OF CHRIST, CHURCH OF THE )
SECOND ADVENT, a Nevada Non-Profit )
Corporation and Nominal Defendant, and )
DOES I-V, inclusive, )
)
                Defendants. )
_____)

Case No.: 3:17-cv-00058-MMD-VPC

## **STIPULATION AND ORDER**

The plaintiff and defendants stipulate and agree as follows:

///

///

LAW OFFICE
RICHARD G. HILL
652 Forest Street
Reno, Nevada 89509
(775) 348-0888
Fax(775) 348-0858

RECITALS:

Defendants have commenced an eviction action in Reno Justice Court based on their contention that plaintiff had a tenancy at will and it has been terminated. Reno Justice Court has now scheduled a hearing on defendants' unlawful detainer claims for Thursday, February 9, 2017, at 8:15 a.m.

Plaintiff has an application for a temporary restraining order and preliminary injunction pending, but it is not, at this time, clear whether that will be decided by this Court or the state courts.

Plaintiff and defendants do not want to incur unnecessary fees, and do not want to cause unnecessary work for this Court, the state district court, or Reno Justice Court.

The parties therefore stipulate and agree as follows:

1. The foregoing recitals are true and correct and are adopted and ratified by the parties.

2. The Reno Justice court case will be withdrawn, and the evidentiary hearing scheduled for Thursday, February 9, 2017, will be cancelled.

3. Plaintiff agrees that if either this Court or the state district court, on remand, deny his temporary restraining order and motion for preliminary injunction, he will, within three (3) calendar days, vacate the premises at 2015 LaFond, and defendants may, at that point, change the locks and take possession. Defendants will not cancel or interrupt Plaintiff's utilities (phone/power/cable/water, etc) until Plaintiff has vacated the premises.

4. If plaintiff's temporary restraining order or preliminary injunction are

LAW OFFICE
RICHARD G. HILL
652 Forest Street
Reno, Nevada 89509
(775) 348-0888
Fax(775) 348-0858

granted, the parties will comply therewith.

RESPECTFULLY SUBMITTED this 8th day of February, 2017.

ROBISON, BELAUSTEGUI, SHARP & LOW

By /s/ FRANK C. GILMORE, ESQ.
71 Washington Street
Reno, Nevada 89503
Attorney for Plaintiff
Christopher Sean Savoy

RICHARD G. HILL, LTD.

/s/ Richard G. Hill 2/8/17

MICHAEL C. LEHNERS, ESQ.
State Bar No. 3331
429 March Avenue
Reno, Nevada 89509
Attorney for The International
Community of Christ, Church
of the Second Advent, a
Nevada non-profit corporation

RICHARD G. HILL, ESQ.
State Bar No. 596
SOPHIE A. KARADANIS, ESQ.
State Bar No. 12006
652 Forest Street
Reno, Nevada 89509
Attorneys for Douglas Eugene Savoy, Jr.,
individually, and as Head Overseer (Bishop)
of the International Community of Christ,
Church of the Second Advent; and the
and International Community of Christ
Church of the Second Advent, and his
Successors, a Corporation Sole, a Nevada
Corporation Sole

ORDER

IT IS SO ORDERED.

DATED this 8th day of February, 2017.

_____
UNITED STATES DISTRICT JUDGE

LAW OFFICE
RICHARD G. HILL
652 Forest Street
Reno, Nevada 89509
(775) 348-0888
Fax(775) 348-0858

3